```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                         :
INGRID DUPUY,                            :
                                         :
v.                                       :   CIV. NO. 3:14CV1430 (SALM)
                                         :
CAROLYN W. COLVIN,                       :
ACTING COMMISSIONER SOCIAL               :
SECURITY ADMINISTRATION                  :
                                         :
```

RULING ON CONSENT MOTION FOR ENTRY OF JUDGMENT

The Consent Motion to Remand Under Sentence Four of 42 U.S.C. §405(g) **[Doc. #15]** is **GRANTED** pursuant to sentence four of 205(g) of the Social Security Act, 42 U.S.C. §405(g). Pursuant to the power of this Court to enter judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of the Government's request to remand this action for further administrative proceedings, it is ordered that this matter be remanded to the Commissioner.

Upon remand, the Administrative Appeals Council will remand this case to an Administrative Law Judge ("ALJ"). Plaintiff will be given an opportunity for a new hearing and to submit additional evidence in accordance with 20 C.F.R. §§405.331 and 405.350. The ALJ will reassess plaintiff's impairments at step two of the sequential evaluation and reassess plaintiff's maximum residual functional capacity, and in so doing, reevaluate the medical and other opinions of record. If

necessary, the ALJ will also obtain vocational expert testimony to determine whether plaintiff can perform past relevant work and/or make an adjustment to other work that exists in significant numbers. The ALJ will then issue a new decision. Plaintiff consents to remand.

Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

This is not a Recommended Ruling.  The parties consented to the entry of a final order and judgment by a Magistrate Judge on April 27, 2015. [Doc. #16].

Dated at New Haven, this 27th day of April 2015.

\_\_\_\_/s/_____
Sarah A. L. Merriam
UNITED STATES MAGISTRATE JUDGE